**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00130-CV**
_____

**STEPHANIE REVIER, Appellant**

**V.**

**JAMES RYAN REVIER, Appellee**

_____

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 23-09-12686-CV**

_____

**MEMORANDUM OPINION**

Stephanie Revier, Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on October 16, 2024
Opinion Delivered October 17, 2024

Before Johnson, Wright and Chambers, JJ.